IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

PAUL J. MULROONEY,                :
                                       :     C.A. No: K16A-08-001 RBY
              Appellant,           :     In and For Kent County
                                         :
      v.                                 :
                                         :
PAR 4 THE CRAB, INC., and      :
UNEMPLOYMENT INSURANCE     :
APPEALS BOARD,              :
                                         :
              Appellees.          :

*Submitted: January 3, 2017*
*Decided: January 6, 2017*

*Upon Consideration of Appellant's Appeal from*
*the Unemployment Insurance Appeals Board*
AFFIRMED

**ORDER**

Paul J. Mulrooney, Sr., *Pro se*.

Carla A.K. Jarosz, Esquire, Deputy Attorney General, Department of Justice, Wilmington, Delaware for Unemployment Insurance Appeals Board.

Young, J.

## SUMMARY

Claimant, Paul J. Mulrooney, has filed this appeal from the decision of the Unemployment Insurance Appeals Board ("Board") in Case No. 41032671 rendered on July 26, 2016.

## FACTS

As indicated by the undisputed testimony of Claimant at the hearing of July 13, 2016, Claimant commenced employment with Par 4 The Crab, Inc., as a bartender on June 3, 2016. After working intermittently over the next 8 or 10 days, he received a call from his union to pursue his "career," as Claimant put it, as an electrician, ending his tenure with Par 4.

Following that testimony, the Board affirmed the decision of the Claims Deputy denying unemployment benefits on the basis that the Claimant left his work voluntarily without good cause attributable to the employment at Par 4 The Crab, Inc. Hence, Claimant was determined to be disqualified from the receipt of unemployment benefits pursuant to 19 *Del. Code* § 3314(1).

## STANDARD OF REVIEW

As indicated in 29 *Del. Code* § 10142(d), the function of the Superior Court is to decide whether a Board's conclusions are or are not supported by substantial evidence and free from legal error.

## DECISION

The finding of the Board is entirely free from legal error. Additionally, it is certainly supported by substantial evidence; indeed by the unrefuted evidence supplied exclusively by Claimant himself.

*Mulrooney v. Par 4 The Crab, Inc., et al.*
C.A. No.: K16A-08-001 RBY
January 6, 2017

Accordingly, the Decision of the Board of July 26, 2016 in Case No. 41032671

is **AFFIRMED**.

**IT IS SO ORDERED**.

_____/s/ Robert B. Young_____
J.

RBY/lmc
*Via File & ServeXpress*
oc:   Prothonotary
cc:   Counsel
      Paul Mulrooney (*via U.S. Mail*)